AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
JOSEPH SALAMONE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SALAMONE,<br><br>    Plaintiff,<br><br>    v.<br><br>RED OAK ENTERPRISES,<br><br>    Defendant. | CASE NO. 2:25-cv-6287-PD<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: July 10, 2024 |

Plaintiff JOSEPH SALAMONE and Defendant RED OAK ENTERPRISES, – Plaintiff and Defendant together the "Parties" –hereby stipulate and request pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each side shall pay its own attorneys' fees and costs.

Date: September 24, 2025         CLEFTON DISABILITY LAW

                                 */s/ Aaron M. Clefton*
                                 By AARON M. CLEFTON, Esq.
                                 Attorney for Plaintiff
                                 JOSEPH SALAMONE

Date: September 24, 2025         DAVIDOVISH STONE LAW GROUP LLC

                                 */s/ Carissa Horowitz*
                                 By CARISSA HOROWITZ., Esq.
                                 Attorneys for Defendant
                                 RED OAK ENTERPRISES

1

STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 2:25-cv-6287-PD

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on September 25, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Carissa Horowitz, Esq. in the filing of this document.

*/s/ Aaron Clefton*

Aaron Clefton

2